UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| John Nunez,<br><br>                    Plaintiff,<br><br>-v-<br><br>Manhattan Parking System, Inc.,<br>Manhattan Parking Group LLC,<br>Midtown Parking Corp.,<br><br>                    Defendants. | Civ. Action #: CV-07-4629 (JGK)<br><br>**AFFIDAVIT OF SERVICE**<br>(Summons and Complaint) |

I, Faizal Hassad, being duly sworn deposes and says:

1. That on the 7th day of June 2007, I served a copy of a Summons and Complaint, in the above-entitled action on Defendant Manhattan Parking System, Inc., with civil action number and date of filing endorsed thereon, by personally delivering two true copies thereof along with a process of service fee of forty ($40) dollars pursuant to Business Corporation Law §§ 306, along with the Secretary of State's cover sheet and a copy of the corporate record ("Entity Information") of the corporation served herein:

> To: Secretary of the State, State of New York
> 41 State Street
> 2nd Floor
> Albany, New York 12231
> Legal Agent as Per NY BCL

The Summons and Complaint were served at approximately 9:35 AM and accepted by Ms. Carol Vogt. She appeared to be a slim, white, female with short brown hair and approximately 5'5" inches in height. Ms. Vogt appeared to be about 45 years old and of suitable age and discretion.

2. I am over the age of 18 and not a party to this action.

*[signature: Faizal Hassad]*

Faizal Hassad

C/O 175-61 Hillside Avenue

Suite 306

Jamaica, NY 11432

**State of New York**

**County of Queens ss:**

Sworn to before me on this 16th day of June, 2007, before me, the undersigned, a notary public in and for the State of New York, personally appeared, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual executed the instrument.

*[signature: Abdool Hassad]*

**Abdool Hassad**

**Notary Public State of New York**

**No. 02HA6068916**

**Qualified in Queens County**

**Commission Expires 01/14/2010**

# UNITED STATES DISTRICT COURT
## Southern District of New York

**JUDGE KOELTL**

| | |
|---|---|
| John Nunez,<br><br>                    Plaintiff,<br>-v-<br><br>Manhattan Parking System, Inc.,<br>Manhattan Parking Group LLC,<br>Midtown Parking Corp.,<br><br>                    Defendants. | SUMMONS IN A CIVIL CASE<br><br>**'07 CIV 4629**<br>CASE NUMBER:<br><br>DATE FILED:<br><br>JURY TRIAL DEMANDED |

TO: (Name and address of Defendant)

**MANHATTAN PARKING SYSTEM, INC.**
277 Park Avenue         C/O NYS Secretary of State
                        41 State Street
New York, NY 10172      Albany, NY 12231

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

**ABDOOL HASSAD, ESQ.**
175-61 Hillside Avenue, Suite 306
Jamaica, NY 11432
Tel: 718-725-2820

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be field with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                          JUN 0 1 2007

CLERK _/s/ Marcos Quintero_                 DATE

(By) DEPUTY CLERK