UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x

ORLANDY ARBALAEZ,                                    Civ. Action#: 07 CIV 4630

              Plaintiff,

    -against-

                                                     **NOTICE OF APPEARANCE**

IMPERIAL PARKING (U.S.), INC. A/K/A
IMPERIAL PARKING, INC.,

              Defendant.
-----------------------------------------------------------------------x

PLEASE TAKE NOTICE, that the undersigned have been retained by and appears for defendant Imperial Parking (U.S.), Inc. a/k/a Imperial Parking, Inc., in this action and demands that a copy of all notices and other papers therein be served on us at our offices located at 90 Merrick Avenue, East Meadow, New York 11554.

DATED:   East Meadow, New York
              June 28, 2007

                                        CERTILMAN BALIN ADLER & HYMAN, LLP

                                        By: _____
                                              DOUGLAS E. ROWE, ESQ. (DER 6261)
                                              Attorneys for Defendant
                                              90 Merrick Avenue
                                              East Meadow, New York 11554
                                              (516) 296-7000

TO:   ABDOOL HASSAD, ESQ.
        Attorneys for Plaintiff
        175-61 Hillside Avenue
        Suite 306
        Jamaica, NY 11432
        (718) 725-2820

1907985.1