06/28/2007 10:26   7184683994             ABDOOL HASSAD ESQ            PAGE 01/02

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/03/07

JOHN NUNEZ,

              Plaintiff,

   -against-

MANHATTAN PARKING SYSTEM, INC., MANHATTAN
PARKING GROUP, LLC, MIDTOWN PARKING CORP.,

             Defendants.
----------------------------------------x

Civ. Action: 07 CIV 4629 (SGK)

**STIPULATION**

IT IS HEREBY STIPULATED by the parties hereto as follows:

1. The time for Defendants to answer or otherwise move with respect to the complaint is extended to July 13, 2007.

Dated: East Meadow, New York
       June 27, 2007

ABDOOL HASSAD, ESQ.

By: _/s/ Abdool Hassad_____
   ABDOOL HASSAD, ESQ. (AH6510)
Attorneys for Plaintiff
175-61 Hillside Avenue
Jamaica, NY 11432
(718) 725-2820

CERTILMAN BALIN ADLER & HYMAN, LLP

By: _/s/ Douglas Rowe_____
   DOUGLAS E. ROWE, ESQ. (DER 6261)
Attorneys for Defendants
90 Merrick Avenue
East Meadow, NY 11554
(516) 294-7000

So Ordered:

_/s/ JGK_____
U.S.D.J.
7/3/07