UNITED STATES DISTRICTCOURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JOHN NUNEZ

                Plaintiff,

  -against-                                           07 Civ. 4629

MANHATTAN PARKING SYSTEMS, INC.,
MANHATTAN PARKING GROUP, LLC,       SUBSTITUTION OF ATTORNEYS
MIDTOWN PARKING CORP.


                Defendants.

-------------------------------------------------------------------X

It is hereby consented by the undersigned that MEIER FRANZINO & SCHER, LLP, with offices located at 570 Lexington Avenue, 26th Floor, New York, New York 10022, (212) 759-9770, be substituted as attorneys of record for Defendants Manhattan Parking Systems, Inc., Manhattan Parking Group, LLC and Midtown Parking Corp.. in the above-entitled action, in place and stead of CERTILMAN,BALIN, ADLER & HYMAN, LLP with offices located at 90 Merrick Avenue, East Meadow, New York  11554(516)- 296-7102, as of the date hereof.

Dated: New York, New York
       July 6, 2007

MANHATTAN PARKING GROUP

By:_____
     Larry Lipman


MANHATTAN PARKING SYSTEM, INC.

By:_____
     Larry Lipman


MANHATTAN PARKING CORP.

By: _____
        Larry Lipman

MEIER FRANIZNO & SCHER, LLP

By: _____
        Davida S. Scher, Esq.

CERTILMAN BALIN ADLER & HYMAN, LLP

By: _____
        Douglas Rowe, Esq.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

John Nunez,

                Plaintiff,              07 Civ. 4629

    - against -

Manhattan Parking System, Inc., Manhattan Parking
Group LLC, and Midtown Parking Corp.,

                Defendants.

------------------------------------------------------------------X

STATE OF NEW YORK   )
                               ): ss.:
COUNTY OF NEW YORK )

        Erin Kormann, being duly sworn, deposes and says:

        That deponent is over the age of 18 and is not a party to this action. Deponent resides in Howard Beach, New York. That on the 13th day of July, 2007, deponent served:

        SUBSTITUTION OF ATTORNEYS and CONSENT TO CHANGE ATTORNEY

by depositing a true copy thereof enclosed in a post-paid wrapper in an official depository under the exclusive care and custody of the United States Postal Service within New York State, addressed to the following person(s) at the last known address set forth after each name:

                Abdool K. Hassad, Esq.
                175-61 Hillside Avenue
                Jamaica, New York 11432

                                                   _____
                                                         Erin Kormann

Sworn to before me this
13th day of July 2007

_____
Notary Public

DENISE MORTNER KRANZ
Notary Public, State of New York
No. 01KR4614244
Qualified in New York County
Commission Expires December 31, 20__