UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

John Nunez,

                Plaintiff,              07 Civ. 4629

    - against -                    STIPULATION

Manhattan Parking System, Inc., Manhattan Parking
Group LLC, and Midtown Parking Corp.,

                Defendants.

------------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that defendants' time to answer or otherwise move with regard to plaintiff's complaint is adjourned from July 13, 2007 to July 27, 2007.

Dated: New York, New York
       July 6, 2007

LAW OFFICES OF ABDOOL HASSAD        MEIER FRANZINO & SCHER, LLP

By _____               By _____
   Abdool Hassad (AH 6510)                   Davida S. Scher (DSS 9025)
   175 61 Hillside Avenue                     570 Lexington Avenue, 26th Floor
   Jamaica, New York 11432                 New York, New York 10022
   (718) 725-2850                               (212) 759-9770
   Attorneys for Plaintiff                      Attorneys for Defendants