SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-----------------------------------------------------------x
JOHN NUNEZ
                    Plaintiff,

                                                                       07 Civ. 4629

-against-

                                                                       CONSENT TO
                                                                       CHANGE
                                                                       ATTORNEY

**MANHATTAN PARKING SYSTEMS, INC.,
MANHATTAN PARKING GROUP, LLC,
MIDTOWN PARKING CORP.**

                                       **Defendants.**
-----------------------------------------------------------x

        It is hereby consented by the undersigned that MEIER FRANZINO & SCHER, LLP, with offices located at 570 Lexington Avenue, 26th Floor, New York, New York 10022, (212) 759-9770, be substituted as attorneys of record for Defendants Manhattan Parking Systems, Inc., Manhattan Parking Group, LLC and Midtown Parking Corp., in the above-entitled proceeding, in place and stead of CERTILMAN, BALIN, ADLER & HUMAN, LLP with offices located at 90 Merrick Avenue, East Meadow, New York 11554, (516) 296-7102, as of the date hereof.


Dated: New York, New York
       July 6, 2007.

                                                MANHATTAN PARKING GROUP
                                                By:_____
                                                     Larry Lipman


                                               MANHATTAN PARKING SYSTEM, INC.

By: _____
    Larry Lipman

MANHATTAN PARKING CORP.

By: _____
    Larry Lipman

*Acknowledgment in New York State*

STATE OF NEW YORK      }
                                            } ss.:
COUNTY OF NEW YORK }

On the 10th day of July, 2007 to me known, who, before me came

being by me duly sworn, did depose and say that        he resides at No.


that        he is the                          of


the corporation described in, and which executed the foregoing instrument; that    he knowns the seal of said corporation; that he the seal affixed to said instrument is such corporate seal; that it was so affixed by order of the board of                of said corporation; and that        he signed his name thereto by like order.


_Madaliene Lebro_
Notary Public


Madaliene Lebro
Notary Public - State of New York
No. 01LE6075636
Qualified in Bronx County
My Commission Expires 06/10/2010

## Acknowledgment in New York State

STATE OF NEW YORK  } ss.:
COUNTY OF NEW YORK  }

On the 10th day of July, 2007 to me known, who, before me came

being by me duly sworn, did depose and say that         he resides at No.


that     he is the                    of


the corporation described in, and which executed the foregoing instrument; that    he knowns the seal of said corporation; that he the seal affixed to said instrument is such corporate seal; that it was so affixed by order of the board of            of said corporation; and that      he signed his name thereto by like order.


_____
Notary Public

Madaliene Lebro
Notary Public - State of New York
No. 01LE6075636
Qualified in Bronx County
My Commission Expires 06/10/2010

**Acknowledgment in New York State**

STATE OF NEW YORK        }
                         } ss.:
COUNTY OF NEW YORK       }

On the 10th day of July, 2007 to me known, who, before me came

being by me duly sworn, did depose and say that          he resides at No.


that     he is the                    of


the corporation described in, and which executed the foregoing instrument; that    he knowns the seal of said corporation; that he the seal affixed to said instrument is such corporate seal; that it was so affixed by order of the board of            of said corporation; and that       he signed his name thereto by like order.


_Madaliene Lebro_
Notary Public


Madaliene Lebro
Notary Public - State of New York
No. 01LE6075636
Qualified in Bronx County
My Commission Expires 06/10/2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

John Nunez,

                        Plaintiff,                      07 Civ. 4629

     - against -

Manhattan Parking System, Inc., Manhattan Parking
Group LLC, and Midtown Parking Corp.,

                        Defendants.

------------------------------------------------------------------X

STATE OF NEW YORK    )
                                ): ss.:
COUNTY OF NEW YORK  )

       Erin Kormann, being duly sworn, deposes and says:

       That deponent is over the age of 18 and is not a party to this action. Deponent resides in Howard Beach, New York. That on the 13th day of July, 2007, deponent served:

               SUBSTITUTION OF ATTORNEYS and CONSENT TO CHANGE ATTORNEY

by depositing a true copy thereof enclosed in a post-paid wrapper in an official depository under the exclusive care and custody of the United States Postal Service within New York State, addressed to the following person(s) at the last known address set forth after each name:

                      Abdool K. Hassad, Esq.
                      175-61 Hillside Avenue
                    Jamaica, New York 11432

                                                      _____
                                                         Erin Kormann

Sworn to before me this
13th day of July 2007

_____
       Notary Public

DENISE MORTNER KRANZ
Notary Public, State of New York
No. 01KR4614244
Qualified in New York County
Commission Expires December 31, 20___