UNITED STATES DISTRICTCOURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JOHN NUNEZ

                Plaintiff,

  -against-                           07 Civ. 4629

MANHATTAN PARKING SYSTEMS, INC.,
MANHATTAN PARKING GROUP, LLC,     SUBSTITUTION OF ATTORNEYS
MIDTOWN PARKING CORP.

                Defendants.
------------------------------------------------------------------X

     It is hereby consented by the undersigned that MEIER FRANZINO & SCHER, LLP, with offices located at 570 Lexington Avenue, 26th Floor, New York, New York 10022, (212) 759-9770, be substituted as attorneys of record for Defendants Manhattan Parking Systems, Inc., Manhattan Parking Group, LLC and Midtown Parking Corp.. in the above-entitled action, in place and stead of CERTILMAN,BALIN, ADLER & HYMAN, LLP with offices located at 90 Merrick Avenue, East Meadow, New York  11554(516)- 296-7102, as of the date hereof.

Dated: New York, New York
       July 6, 2007

MANHATTAN PARKING GROUP

By:_____
   Larry Lipman

So ordered.
[signature]
7/6/2007
U.S.D.J.

7/17/07

MANHATTAN PARKING SYSTEM, INC.

By:_____
   Larry Lipman

MANHATTAN PARKING CORP.

By: _____
     Larry Lipman

MEIER FRANZINO & SCHER, LLP

By: _____
     Davida S. Scher, Esq.

CERTILMAN BALIN ADLER & HYMAN, LLP

By: _____
     Douglas Rowe, Esq.