UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

John Nunez,

                Plaintiff,                07 Civ. 4629

    - against -              STIPULATION

Manhattan Parking System, Inc., Manhattan Parking
Group LLC, and Midtown Parking Corp.,

                Defendants.

------------------------------------------------------------X

        IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that defendants' time to answer or otherwise move with regard to plaintiff's complaint is adjourned from July 13, 2007 to July 27, 2007.

Dated: New York, New York
       July 6, 2007

LAW OFFICES OF ABDOOL HASSAD        MEIER FRANZINO & SCHER, LLP

By _____                By _____
Abdool Hassad (AH 6510)                      Davida S. Scher (DSS 9025)
175 61 Hillside Avenue                         570 Lexington Avenue, 26th Floor
Jamaica, New York 11432                    New York, New York 10022
(718) 725-2850                                  (212) 759-9770
Attorneys for Plaintiff                           Attorneys for Defendants

*So ordered*
*[signature] John G. Koeltl*
7/17/07   U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/19/07

G:\FRANZINO SERVER\CLIENTS\MANHATTAN PARKING\PLEADINGS\STIP TO ADJ TIME TO ANSWER.DOCX

TOTAL P.03