UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JOHN NUNEZ                                              :      CIVIL ACTION
                                                        :      07 Civ. 4629 (JGK)
        **Plaintiff**                                    :
                                                        :      **NOTICE OF MOTION**
  -against-                                             :      **TO DISMISS**

MANHATTAN PARKING SYSTEMS, INC.,                        :
MANHATTAN PARKING GROUP, LLC and
MIDTOWN PARKING CORP.
                                                        :
        **Defendants**                                  :
                                                        :
------------------------------------------------------------------X

       PLEASE TAKE NOTICE that upon the annexed affidavit of Lawrence Lipman sworn to on the 23rd day of July, 2007, and the Memorandum of Law filed herein, and all prior papers and proceedings, the undersigned will move this Court before the Honorable John G. Koeltl at 500 Pearl Street, New York, New York, at a date and time to be set by the Court for an order:

1. Dismissing counts two and three of the Complaint for failure to state a cause of action;

2. Dismissing that part of count one of the Complaint which seeks to extend the Statute of Limitations under the Fair Labor Standards Act, 29 U.S.C. Section 255(a).

       PLEASE TAKE FURTHER NOTICE that, pursuant to F.R.C.P. 6(d) and Local Rule 6.1, answering papers, if any, must be received at least ten business days before the return date, a date and time to be set by the Court, as the moving party intends to file and serve reply papers. Such reply papers shall be served at least three business days prior to return date.

Dated: New York, New York

July 26, 2007

                        MEIER FRANZINO & SCHER, LLP.

                        By: _____
                             Davida S. Scher (S.S. #9025)
                             Attorneys for Defendants Manhattan Parking
                             Group, LLC and Midtown Parking Corp.
                             570 Lexington Avenue, 26th Floor
                             New York, New York 10017
                             (212) 759-9770

TO:   Abdool Hassad, Esq.
       Attorney for Plaintiff
      175-61 Hillside Avenue, Suite 306
      Jamaica, New York 11432