UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

John Nunez,

                Plaintiff,                07 Civ. 4629

    - against -                AFFIDAVIT
                                                OF SERVICE

Manhattan Parking System, Inc., Manhattan Parking
Group LLC, and Midtown Parking Corp.,

                Defendants.

------------------------------------------------------------------X

STATE OF NEW YORK   )
                              ): ss.:
COUNTY OF NEW YORK )

        Matt Lepore, being duly sworn, deposes and says:

        That deponent is over the age of 18 and is not a party to this action. Deponent resides in New York, New York. That on the 26th day of July, 2007, deponent served:

AFFIDAVIT OF LAWRENCE LIPMAN, NOTICE OF MOTION TO DISMISS,
MEMORANDUM OF LAW IN SUPPORT OF MOTION TO DISMISS

by depositing a true copy thereof enclosed in a post-paid wrapper in an official depository under the exclusive care and custody of the United States Postal Service within New York State, addressed to the following person(s) at the last known address set forth after each name:

                Abdool K. Hassad, Esq.
                175-61 Hillside Avenue
                Jamaica, New York 11432

                                                _____
                                                      Matt Lepore

Sworn to before me this
26th day of July 2007

_____
Notary Public

DAVIDA S. SCHER
Notary Public, State of New York
No. 02SC5055328
Qualified in Westchester County
Commission Expires February 5, 2010