UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

John Nunez,

                Plaintiff,                    07 Civ. 4629

      - against -                      RULE 7.1 STATEMENT

Manhattan Parking System, Inc., Manhattan Parking
Group LLC, and Midtown Parking Corp.,

                Defendants.

-----------------------------------------------------------------X


      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Midtown Parking Corp. and Manhattan Parking Group, LLC (private non-governmental parties) certifies that these parties are privately held companies.


Date: 7/26/07

_____
Signature of Attorney

Attorney Bar Code: 9025