UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

JOHN NUNEZ,

                      Plaintiff,

- against –

MANHATTAN PARKING SYSTEM, INC. et al.,

                      Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/31/07

07 Civ. 4629 ( JGK )( KNF )

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

JOHN G. KOELTL, District Judge:

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| ___ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute:* _____ _____ | ___ | Consent under 28 U.S.C.§ 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |
| | | | Purpose:_____ |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____ | ___ | Habeas Corpus |
| | | ___ | Social Security |
| _X_ | Settlement* | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| ___ | Inquest After Default/Damages Hearing | | Particular Motion:_____ |
| | | | All such motions: ___ |

SO ORDERED.

DATED:   New York, New York
             July 30, 2007

                                                    John G. Koeltl
                                                   United States District Judge

* Do not check if already referred for general pretrial.