# Abdool Hassad, Esq.
## Attorney and Counselor at Law
175-61 Hillside Avenue, Suite 306, Jamaica, New York 11432
Phone 718-725-2820 Fax 718-468-3894 Web http://www.courtpoint.com

**Via ECF**

**August 13, 2007**

Hon. John G. Koeltl, U.S.D.J.
United States District Court, SDNY
500 Pearl Street, Rm 1030
New York, NY 10007
Tel: 212-805-0222
Fax: 212-805-7912

        **Re: John Nunez v. Manhattan Parking et al**
            **Request for Extension**
            **Civ. Action #: 07-CV-4629**

Dear Judge Koeltl:

    The purpose of this communication is to request an extension of the briefing deadlines as to Defendant's July 27, 2007 motion in the above-referenced case. At the July 30, 2007 conference Your Honor invited the parties to write the Court if an extension was needed. No prior extensions have been sought or granted.

    In communications with defense counsel Davida Scher, she has indicated to me that Defendants need two weeks to serve their reply and would like to serve that reply by October 2, 2007. I forwarded a stipulation to defense counsel today but I need to write the Court at this time and prior to hearing back from defense counsel as today would be the last day to file an opposition under the local rules. One of the main reasons for the extension request is the fact that I am waiting for Defendants to produce Plaintiff's time sheets and pay records as per the July 30, 2007 discussions with the Court, so I can use these records in preparing opposition papers. I therefore respectfully request that the Court endorse this letter request for Plaintiff to serve his opposition papers on or before September 17, 2007 and for Defendants to serve their reply papers on or before October 2, 2007.

    I thank the Court in advance for its time and consideration

Yours truly,

  /s/ Abdool Hassad_____
**Abdool Hassad, Esq. (AH6510)**
*Counsel for Plaintiff*
175-61 Hillside Avenue, Suite 306
Jamaica, NY 11432
Tel: 718-725-2820
Fax: 718-468-3894

**cc: Defense Counsel Davida S. Scher, Esq. via ECF**

2