**MEMO ENDORSED**

## Abdool Hassad, Esq.
### Attorney and Counselor at Law
175-61 Hillside Avenue, Suite 306, Jamaica, New York 11432
Phone 718-725-2820 Fax 718-468-3894 Web http://www.courtpoint.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED  8/21/07

Via ECF

August 15, 2007

Kevin N. Fox, USMJ
United States District Court, SDNY
500 Pearl Street, Rm 540
New York, NY 10007
Tel: 212-805-6705
Fax: 212-805-6712

       Re: **John Nunez v. Manhattan Parking et al**
          Settlement Conference
          Civ. Action #: 07-CV-4629

Dear Magistrate Fox:

    Attached is a status report that was filed on August 13, 2007 by ECF – the ECF folks have notified me not to file this status report by ECF and hence, I am now sending it by fax. I am also including defense's counsel's response to this report that was also filed via ECF.

    I thank the Court in advance for its time and consideration

Yours truly,

/s/ Abdool Hassad
**Abdool Hassad, Esq. (AH6510)**
*Counsel for Plaintiff*
175-61 Hillside Avenue, Suite 306
Jamaica, NY 11432
Tel: 718-725-2820
Fax: 718-468-3894

8/21/07
The parties shall advise the Court, in writing, of the resolution of the outstanding motion to dismiss. Thereafter, a date for a settlement conference will be fixed by the Court.

**SO ORDERED:**

_Kevin Nathaniel Fox_
**Hon. Kevin Nathaniel Fox**
**United States Magistrate Judge**

cc: Defense Counsel Davida S. Scher, Esq. via Fax (212-644-2298)

1