USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/13/07

**MEIER FRANZINO & SCHER, LLP**
ATTORNEYS-AT-LAW

Tel: (212) 759-9770
Fax: (212) 644-2298
www.mfslawllp.com

570 Lexington Avenue
26th Floor
New York, NY 10022

Davida S. Scher, Esq., P.C.
dscher@mfslawllp.com

September 12, 2007

VIA HAND
Honorable John G. Koeltl
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1030
New York, New York 10007

*[Handwritten note from Judge:]* Time to respond to the motion extended to 10/17/07. Time to reply extended to 10/26/07. Counsel should provide a Stip of Dismissal as soon as possible.
SO ORDERED
/s/ G. Koeltl
9/13/07
U.S.D.J.

Re: Nunez v. Manhattan Parking System, Inc. et. al.
07 Civ. 4629

Dear Justice Koeltl:

We represent defendants Midtown Parking Corp. and Manhattan Parking Group, LLC ("Midtown Parking Defendants") in the above captioned case. This letter is written with the consent of plaintiff's counsel. There is currently a motion to dismiss pending before Your Honor. Plaintiff's opposition to this motion was due on September 17, 2007 and Midtown Parking Defendants' reply papers were to be served by October 2, 2007.

Counsel for the Midtown Parking Defendants and plaintiff's counsel have worked out the details of a settlement of the entire action. The settlement has been memorialized in a written agreement which remains to be executed by the parties. We anticipate that such execution will be forthcoming in the near future.

We, therefore, respectfully request that the motion be adjourned pending the execution of the settlement agreement and the filing of a stipulation of discontinuance. There was a prior request concerning the timing of this motion which was granted by Your Honor.

Respectfully,

Davida S. Scher

DSS:ek
Enclosures

cc: Abdool Hassad, Esq.

Magistrate Kevin Fox (via fax)
Larry Lipman