UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------

| | |
|---|---|
| John Nunez, | : |
| Plaintiff, | : 07 Civ. 4629 |
| - against - | : |
| | : STIPULATION OF DISCONTINUANCE |
| Manhattan Parking System, Inc., Manhattan Parking Group LLC, and Midtown Parking Corp., | : |
| | : |
| Defendants. | : |

------------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued with prejudice, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
September 17, 2007 October 4, 2007

Abdool Hassad, Esq.
Attorney for Plaintiff

MEIER FRANZINO & SCHER, LLP.
Attorneys for Defendants
Manhattan Parking Group LLC and
Midtown Parking Corp.

By _____
Abdool Hassad, Esq.
175-61 Hillside Avenue, Suite 306
Jamaica, New York 11432
(718) 725-2850

By: _____
Frank J. Franzino, Jr.
570 Lexington Avenue, 26th Floor
New York, New York 10022
(212) 759-9770

So Ordered.
10/11/07